IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 11-cv-00608-WYD

JEREMY PINSON,

    Applicant,

v.

DAVID A. BERKEBILE, Warden,

    Respondent.

---

## ORDER ON REMAND

---

    This matter is before the Court on remand entered by the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) in the instant action on June 21, 2013. The Mandate was issued on August 13, 2013. The Tenth Circuit has requested that this Court vacate the portion of its judgment that pertains to incident report numbers 1918202, 2033414, and 2060836. Furthermore, the Tenth Circuit directed this Court to address Applicant's claim that the Bureau of Prisons should have conducted a mental health determination prior to conducting the disciplinary hearings because Applicant appeared mentally ill.

    Specifically, this Court is to consider: (1) whether Applicant's mental health claim solely relates to incident report number 2060836, or whether it also relates to incident report numbers 2033414 and 1918202; (2) whether Applicant exhausted his administrative remedies in relation to his mental health claim; (3) whether exhaustion would have been futile, notably because Applicant suggests that he would have been

mentally ill or incompetent during the time period when he was obliged to administratively exhaust the claims; and (4) whether the government's briefing before the district court in response to Applicant's habeas petition effected a waiver of the affirmative defense of exhaustion. Finally, this Court is directed to appoint counsel to assist Applicant in the proceedings. Accordingly, it is

ORDERED that this civil action is **REINSTATED** pursuant to the order entered by the Tenth Circuit on June 21, 2013. It is

FURTHER ORDERED that Mr. Pinson shall be appointed counsel from the habeas CJA panel pursuant to 18 U.S.C. § 3006A. It is

FURTHER ORDERED that **within thirty days from the date of this Order** Respondent shall file a brief addressing the issues referenced in this Order that the Court must consider. It is

FURTHER ORDERED that **within thirty days of appointment of counsel** for Mr. Pinson, counsel shall file a response to the Respondent's brief.

Dated: September 24, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge